UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELSO LOPEZ MENDOZA,[1] <br><br> Petitioner, <br><br> v. <br><br> WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al., <br><br> Respondents, | No. 1:25-cv-2030 DAD CSK <br><br><br> <u>ORDER</u> |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed a request to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[2] Because petitioner may be entitled

---

[1] In a footnote, petitioner asked the Court to use his initials rather than his last name. (ECF No. 1 at 2 n.1.) However, petitioner's request appears to be a boilerplate request given he used his full last name in his own petition. Thus, petitioner's request is denied without prejudice.

[2] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

to the requested relief if the claimed violation of constitutional rights is proved, respondent is directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.

Petitioner also requests appointment of counsel.  (ECF No. 3.)  This Court will defer ruling on petitioner's request for appointment of counsel until after reviewing respondent's response to the petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis (ECF No. 2) is granted;

2. Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order.  Respondents shall include with the answer or motion to dismiss any and all transcripts or other documents relevant to the determination of the issues presented in the application, including all referenced or relevant portions of petitioner's A-File and other supporting documents, **including records that document release and release orders, any relevant violations of release, and detention and detention orders**.

3. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondent's answer or motion to dismiss. A reply by respondent to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

4. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before United States Magistrate Judge and a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.  Respondent shall file the consent form on or before January 29, 2026.

Dated:  December 31, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Mend2030.100/2

2